# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| **Plymouth Rock Assurance Corp.** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-12074-FDS |
| **United States Postal Service** **Defendant.** | ) ) ) | |

_____

## SETTLEMENT ORDER OF DISMISSAL

**Saylor, U.S.D.J**

    The Court has been advised by the parties report that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated.

                                                      By the Court,

                                                      /s/ Taylor Halley

May 26, 2020                                                Deputy Clerk